# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| DION HANDSPIKE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 1:17-CV-17-TWP-CHS |
| CORPORAL PATTERSON and JASON WOODRING, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, this pro se prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**E N T E R:**

_s/ Thomas W. Phillips_____
Senior United States District Judge

ENTERED AS A JUDGMENT
  s/ *John L. Medearis*
CLERK OF COURT